UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAYLA VANESSA JENNINGS, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 3:16-cv-2864 |
| | § § | |
| METROPOLITAN LLOYDS INSURANCE COMPANY OF TEXAS, | § § § | **(JURY)** |
| Defendant | § § | |

### **DEFENDANT'S NOTICE OF EXPERT DISCLOSURE UNDER RULE 26(a)(2)**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Metropolitan Lloyds Insurance Company of Texas (hereinafter "Defendant"), and would show the court that on February 28, 2017, Defendant served Defendant's Expert Disclosure pursuant to Rule 26 of the Federal Rules of Civil Procedure on Plaintiff in the above-referenced matter.

Respectfully submitted,

**STACY CONDER ALLEN LLP**

*/s/ - Dennis D. Conder*
Dennis D. Conder
State Bar No. 04656400

901 Main Street, Suite 6200
Dallas, Texas  75202
(214) 748-5000 (Telephone)
(214) 748-1421 (Fax)
conder@stacyconder.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 28th day of February, 2017, a copy of the foregoing was delivered according to the Federal Rules of Civil Procedure to all counsel of record.

                                          */s/ - Dennis D. Conder*
                                          Dennis D. Conder

CJW/PLDG/581753.1/001466.16931

**DEFENDANT'S NOTICE OF EXPERT DISCLOSURE – Page 2**