UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAYLA VANESSA JENNINGS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 3:16-cv-2864 |
| | § | |
| METROPOLITAN LLOYDS INSURANCE | § | |
| COMPANY OF TEXAS, | § | **(JURY)** |
| | § | |
| Defendant | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Plaintiff Layla Vanessa Jennings, and Defendant Metropolitan Lloyds Insurance Company of Texas, and file this Stipulation of Dismissal With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii) and in support thereof would show the Court as follows:

1. Plaintiff is Layla Vanessa Jennings. Defendant is Metropolitan Lloyds Insurance Company of Texas.

2. Plaintiff filed suit against Defendant arising out of a underinsured motorist claim as the result of an accident that occurred on or about April 23, 2015.

4. Plaintiff and Defendant have reached a compromise and settlement regarding the claims in this lawsuit. As a result, Plaintiff desires to dismiss with prejudice all claims and causes of action asserted against Defendant. Plaintiff and Defendant agree to this dismissal with prejudice.

5. This case is not a class action.

6. A receiver has not been appointed in this action.

7.      This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8.      Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

9.      This dismissal is requested to be with prejudice as to Defendant Metropolitan Lloyds Insurance Company of Texas.

                          Respectfully submitted,

                          */s/ - Anjel K. Avant*
Anjel K. Avant
Avant Law Firm
1595 N. Central Expressway
Richardson, TX  75080
972-705-9600
972-705-9601 – fax
SBN 01448470
anjel@avantlawfirm.com
ATTORNEY FOR PLAINTIFF

*AND*

                          */s/ - Dennis D. Conder*
Dennis D. Conder
Stacy | Conder | Allen LLP
901 Main Street, Suite 6200
Dallas, Texas  75202
214-748-5000
214-748-1421 – fax
conder@stacyconder.com
SBN 04656400
ATTORNEY FOR DEFENDANT

PAN/PLDG/583214.1/001466.16931