UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAYLA VANESSA JENNINGS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | 3:16-cv-2864 |
| | § | |
| METROPOLITAN LLOYDS INSURANCE | § | |
| COMPANY OF TEXAS, | § | **(JURY)** |
| | § | |
| Defendant | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Came on for consideration the Joint Stipulation of Plaintiff, Layla Vanessa Jennings, and Defendant, Metropolitan Lloyds Insurance Company of Texas, requesting a dismissal with prejudice of Plaintiff's claims against Defendant. The Court, after having considered the Joint Stipulation, ORDERS that all of Plaintiff's claims against Defendant are hereby dismissed with prejudice, with all costs adjudged against the party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

March 30, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE